DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALAN HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALAN HERNANDEZ,<br><br>　　　　　Defendant. | No. 2:09-cr-0484 MCE<br><br>STIPULATION WITH RESPECT TO DEFENDANT'S MOTION FOR NEW TRIAL AND WITH RESPECT TO SENTENCING AND ORDER.<br><br>Date:　October 13, 2011<br>Time:　9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, Defendant Alan Hernandez, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant as follows:

1. Following and based on discussions between counsel, it is agreed that the available evidence on the issue whether the serial number on the charged weapon was "obliterated," as that term is used in U.S.S.G. § 2K2.1(b)(4)(B), is ambiguous and does not reliably support a finding that the offense characteristic applies in this case.

2. Following substantial discussion between counsel, the parties are unable to agree whether Mr. Hernandez' prior conviction for

violating California Vehicle Code 2800.2 constitutes a crime of violence so as to call for an adjustment to guideline 2K2.1, which applies in this case.

3. In order to limit the scope of further litigation while also promoting a fair resolution of this matter, Mr. Hernandez, through his counsel, agrees

   a) to withdraw the pending motion for new trial and to waive his right to appeal or collaterally attack the conviction in the above case so long as the guideline range applied in this case effectuates the understanding set forth in paragraph 1, and;

   b) notwithstanding paragraph 3.a, above, Mr. Hernandez reserves the right to appeal only the determination that the prior conviction referred to in paragraph 2, above, constitutes a crime of violence, if the sentence thereafter imposed exceeds 87 months.

**IT IS FURTHER STIPULATED** that the Speedy Trial Act does not apply to this post-trial application.

Dated: September 21, 2011    /s/ Paul Hemesath
                             Paul Hemesath
                             Assistant United States Attorney
                             Counsel for Plaintiff

Dated: September 21, 2011    /s/ Jeffrey L. Staniels
                             Jeffrey L. Staniels
                             Assistant Federal Defender
                             Counsel for Defendant
                             ALAN HERNANDEZ

Dated: September 21, 2011    /S/ Alan Hernandez
                             Alan Hernandez
                             Defendant

Stipulation & Order                    2

**O R D E R**

The above stipulation of counsel is accepted. Counsel for Mr. Hernandez is directed to file a separate proposed order withdrawing the Motion for New Trial within 24 hours of the filing of this order.

**IT IS SO ORDERED.**

Dated: October 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order 3