DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALAN HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-0484 MCE |
| Plaintiff, | ORDER WITHDRAWING POST-TRIAL MOTION. |
| v. | Date: January 5, 2010 |
| ALAN HERNANDEZ, | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |
| Defendant. | |

**O R D E R**

In accordance with the wishes of the defendant as set forth in the stipulation of counsel previously accepted by the court and pursuant to the terms of the court's order thereon, CR 95, defendant's motion for new trial and for judgment of acquittal, CR 60, is hereby **WITHDRAWN** as moot.

**IT IS SO ORDERED.**

Dated: October 19, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE